# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 23-mj-288 (ZMF) |
| : | |
| **ARON JOEL SANCHEZ** and : | |
| **SEBASTIAN REVELES,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status conference and preliminary hearing on May 9, 2024, be continued for good cause for 60 days; and it is further

**ORDERED** that the time between May 9, 2024, and July 8, 2024, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendants in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE